```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DK LIPA LLC,                                                :
                                        Plaintiff,          :
                                                            :      20 Civ. 4273 (LGS)
                -against-                                   :
                                                            :      ORDER
MISF SOLAR LLC, et al.,                                     :
                                        Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 24, 2020, Defendant MISF Solar LLC filed a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 (Dkt. No. 49);

WHEREAS, on August 24, 2020, Defendants Project NY, LLC, Markus Falz, Thomas Falz and Ulrich Falz filed a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 (Dkt. No. 50);

WHEREAS, on August 24, 2020, Defendants Mastic Industrial Solar LLC, Gerald Rosengarten, Howard Rosengarten, Sion Sohayegh and Bijoun Kaypor filed a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 (Dkt. No. 51);

WHEREAS, Defendants' pre-motion letter at Dkt. No. 50, indicated that Defendants Thomas Falz and Ulrich Falz have not yet been served in the action; it is hereby

**ORDERED** that, by **September 8, 2020**, Plaintiff shall file a single letter response to Defendants' letters at Dkt. Nos. 49, 50 and 51, not to exceed six (6) pages. It is further

**ORDERED** that, by **September 8, 2020**, Plaintiff shall serve a copy of the summons and Complaint on Defendants Thomas Falz and Ulrich Falz, and shall file proof of service.

Dated: August 26, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE