UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DK LIPA LLC,

                                  Plaintiff,

                  -against-

MISF SOLAR LLC, et al.,

                             Defendants.

20 Civ. 4273 (LGS)

ORDER

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 24, 2020, Defendant MISF Solar LLC filed a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 (Dkt. No. 49);

      WHEREAS, on August 24, 2020, Defendants Project NY, LLC, Markus Falz, Thomas Falz and Ulrich Falz filed a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 (Dkt. No. 50);

      WHEREAS, on August 24, 2020, Defendants Mastic Industrial Solar LLC, Gerald Rosengarten, Howard Rosengarten, Sion Sohayegh and Bijoun Kaypor filed a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 (Dkt. No. 51);

      WHEREAS, on September 9, 2020, Plaintiff DK LIPA LLC filed a responsive letter to the pre-motion letters at Docket Nos. 49, 50 and 51 (Dkt. No. 54);

      WHEREAS, pursuant to the Court's Order at Docket No. 58, the parties jointly filed a letter proposing a briefing schedule for Defendants' consolidated motion to dismiss (Dkt. No. 59); it is hereby

      **ORDERED** that, Defendants shall file any consolidated motion to dismiss according to the following schedule:

- By **November 24, 2020**, Defendants shall file their motion to dismiss, with a memorandum of law not to exceed 45 pages.

- By **December 24, 2020**, Plaintiff shall file any opposition, not to exceed 45 pages.

- By **January 25, 2021**, Defendants shall file any reply in support of their motion, not to exceed 20 pages.

The parties shall comply with this Court's Individual Rules in filing the motion and supporting papers.

Dated: October 9, 2020
     New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2