UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

DK LIPA LLC,

                Plaintiff,

     -against-

MISF SOLAR LLC, PROJECT NY LLC, MASTIC
INDUSTRIAL SOLAR LLC, GERALD
ROSENGARTEN, HOWARD ROSENGARTEN, SION
SOHAYEGH, BIJOUN KAYPOUR, ARTUR MADEJ,
THOMAS FALZ, ULRICH FALZ, and MARKUS
FALZ,

                Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

No: 20-cv-4273 (LGS) (DCF)

**NOTICE OF MOTION TO**
**DISMISS THE COMPLAINT**

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of James M. Wicks, dated

November 23, 2020, the exhibits annexed thereto, the accompanying Memorandum of Law, and

upon all of the pleadings and prior proceedings herein, defendants MISF Solar, LLC, Mastic

Industrial Solar, LLC, Gerald Rosengarten, Howard Rosengarten, Sion Sohayegh, Bijoun Kaypor,

Markus Falz and Ulrich Falz (collectively, "Defendants"), by their respective undersigned counsel,

will move this Court, before the Honorable Lorna G. Schofield, at Courtroom 1106, 40 Centre

Street, New York, New York 10007, on January 26, 2021 at 9:30 a.m., or as soon thereafter as

counsel may be heard, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, dismissing the Complaint of plaintiff DK LIPA in its entirety with prejudice, and for

such other and further relief as the Court deems just and proper.

Dated: Uniondale, New York
       November 24, 2020           FARRELL FRITZ, P.C.

                By:    *s/ James M. Wicks*
                       James M. Wicks
                       Kathryn C. Cole
                       Paige D. Bartholomew
                       *Attorneys for Defendants Project NY, LLC,*
                       *Thomas Falz, Ulrich Falz, and Markus Falz*
                       400 RXR Plaza
                       Uniondale, New York 11556
                       (516) 227-0700

GANFER SHORE LEEDS & ZAUDERER LLP

By: _s/ Craig S. Kesch_____
      Craig S. Kesch
      Dawn M. Wilson
      *Attorneys for Defendant MISF Solar, LLC*
      360 Lexington Avenue
      New York, New York 10017
      (212) 922-9250


LOUIS FOGEL & ASSOCIATES

By: _s/ Louis Fogel_____
      Louis Fogel
      *Attorneys for Defendants Mastic Industrial Solar, LLC, Gerald Rosengarten, Howard Rosengarten, Sion Sohayegh and Bijoun Kaypor*
      75 Wall Street, Suite 33-A
      New York, New York 10005
      (212) 944-1580

FF\9991882.1